Thomas Prousalis





1:03 CR 1509-01 (DLC)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ] Status Conference*

The Offender is directed to appear as follows:

Date: Sept. 15, 2009

Time: 2:00 pm

Place: 11B

_____
Signature of Judicial Officer

9/25/09
Date