```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    03 CR. 1509 (DLC)
                                         :
          -v-                            :        ORDER
                                         :
THOMAS T. PROUSALIS, JR.,                :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:
```

On October 5, 2009, the Probation Department provided the Court with a status report on the defendant's compliance with the terms of supervised release and requested that the Court determine whether the defendant is capable of making a greater contribution toward restitution. Accordingly, it is hereby

ORDERED that the defendant shall appear at a conference on **November 6, 2009** at **12 p.m.** to address these issues. He has the right to be represented by counsel, and if he is unable to afford counsel, to have counsel appointed to represent him. The defendant shall advise his probation officer by **October 30** whether the defendant will be requesting the Court to appoint counsel to represent him.

Dated:   New York, New York
         October 8, 2009

                               _____
                                       DENISE COTE
                               United States District Judge

COPIES SENT TO

Seetha Ramachandran
Joseph Facciponte
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

Thomas T. Prousalis, Jr.
3314 Arundel Avenue
Alexandria, VA 22306

U.S. Probation Department
Attn: Margaret A. Carroll