UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
) S1 03 Cr. 1509 (DLC)
THOMAS T. PROUSALIS, JR., )
)
Defendant. )

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case for the Government, replacing Assistant United States Attorney Steven Glaser, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
  Southern District of New York

by: ___/s/ Seetha Ramachandran___
     Seetha Ramachandran
     Assistant United States Attorney
     (212) 637-2546

TO: Edward M. Kratt, Esq.
    350 Broadway, Suite 1202
    New York, NY 10013
    Counsel for Defendant