Prousalis, Thomas

Docket number: S1 03CR01509-001 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[✓]  The Issuance of a Summons
     The Offender is directed to appear as follows:

          Date:  Dec. 10, 2009
          Time:  2 pm
          Place: 11B

[ ]  The Issuance of a Warrant

[ ]  Submit a Request for Modifying the Condition or Term of Supervision

[ ]  Other

_____
Signature of Judicial Officer

12/9/09
_____
Date

(Rev. eVOP 12/06/07)