```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    03 CR. 1509 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
THOMAS T. PROUSALIS, JR.,                :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the hearing on the violation of supervised release previously scheduled for January 21, 2010 is adjourned to **January 27, 2010** at **2 p.m.** All other scheduled dates remain the same.

Dated:   New York, New York
         December 23, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09
```

COPIES SENT TO

Seetha Ramachandran
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

Edward M. Kratt
Attorney At Law
350 Broadway, Suite 1202
New York, NY 10013

U.S. Probation Department
Attn: Margaret A. Carroll