

**EDWARD M. KRATT**
ATTORNEY AT LAW
350 BROADWAY, SUITE 1202
NEW YORK, NY 10013
(212) 941-1277
FAX # (212) 274-1189

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/10
```

**MEMO ENDORSED**

By Hand

December 7, 2010

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: <u>United States of America v. Thomas T. Prousalis</u>
    03 Cr. 1509 (DC)

Dear Judge Cote:

    I am the attorney, appointed pursuant to the Criminal Justice Act, for the defendant, Thomas T. Prousalis, in the above-referenced Post-Release Supervision matter.

    Pursuant to the Court's previous suggestion, I have spoken with AUSA Seetha Ramachandran with a view toward resolving this matter without the need for further litigation and/or an evidentiary hearing, now scheduled for January 27, 2010 at 2:00 P.M.

    To that end, I respectfully request that the defense submissions, now due to be made on January 11, 2010, be extended to January 18, 2010, with the Government's Response due by January 22, 2010. This request is made to enable the parties to continue to work toward an amicable resolution of this matter.

    If the parties are able to reach such a resolution prior to January 18, 2010, we will so notify the Court. If not, submissions would be made pursuant to the proposed amended schedule.

    AUSA Ramachandran is in agreement with the above and has consented to this adjournment request and amended briefing schedule.

*Granted.*

*Denise Cote*
*January 8, 2009*

Thank you for your consideration in this matter.

Sincerely,

Edward M. Kratt

cc: AUSA Seetha Ramachandran
    Via Facsimile, 212-637-2620

COPIES SENT TO

Seetha Ramachandran  
Assistant United States Attorney  
One Saint Andrew's Plaza  
New York, NY 10007

Edward M. Kratt  
Attorney At Law  
350 Broadway, Suite 1202  
New York, NY 10013

U.S. Probation Department  
Attn: Margaret A. Carroll