```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/10
```

United States v. Thomas Prousalis, Jr.

Docket Number: 1:S1 03 CR 01509-01 (DLC)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[✓]  *dlc*  Court approves the release of the defendant's accommodations in Albania

[ ]  Court denies the release of the defendant's accommodations in Albania

or

[ ]  Other _____

_____
Signature of Judicial Officer

January 8, 2010
Date

COPIES SENT TO:

Seetha Ramachandran
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

Edward M. Kratt
Attorney At Law
350 Broadway, Suite 1202
New York, NY 10013


U.S. Probation Department
Attn: Margaret A. Carroll