

**EDWARD M. KRATT**
ATTORNEY AT LAW
350 BROADWAY, SUITE 1202
NEW YORK, NY 10013
(212) 941-1277
FAX # (212) 274-1189

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-10
```

By Hand

January 15, 2010

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States of America v. Thomas T. Prousalis
    03 Cr. 1509 (DC)

Dear Judge Cote:

    I am the attorney, appointed pursuant to the Criminal Justice Act, for the defendant, Thomas T. Prousalis, in the above-referenced Post-Release Supervision matter.

    Pursuant to the Court's previous suggestion, I had spoken with AUSA Seetha Ramachandran with a view toward resolving this matter without the need for further litigation and/or an evidentiary hearing, now scheduled for January 27, 2010 at 2:00 P.M.

    To that end, I had respectfully requested that the defense submissions be extended to January 18, 2010, with the Government's Response due by January 22, 2010. That request was made to enable the parties to continue to work toward an amicable resolution of this matter.

    However, at this point, no resolution has been reached. Mr. Prousalis' presence in Albania for business travel has not permitted substantive discussions regarding the Restitution issues herein.

    Moreover, this morning I was informed by AUSA Ramachandran that U.S. Probation intended to file additional Violations against Mr. Prousalis, unrelated to the Restitution issues.

Given the above circumstances, the parties agree that an adjournment of the January 27, 2010 would be appropriate at this time.

Hence, the defense requests that this matter be adjourned to **the week of February 22, 2010 (with the exception of February 23, 2010)**.

AUSA Ramachandran is in agreement with the above defense request.

Thank you for your consideration in this matter.

Sincerely,

*Edward Kratt*

Edward M. Kratt

cc: AUSA Seetha Ramachandran
    Via Facsimile, 212-637-2620

*The conference is adjourned to 2/26/10 at noon. Defense submissions are due 2/12/10; Gov't submissions are due 2/19/10.*

*Denise Cote*
*Jan 15, 2010*

COPIES SENT TO

Seetha Ramachandran  
Assistant United States Attorney  
One Saint Andrew's Plaza  
New York, NY 10007

Edward M. Kratt  
Attorney At Law  
350 Broadway, Suite 1202  
New York, NY 10013

U.S. Probation Department  
Attn: Margaret A. Carroll