Prousalis, Thomas

Docket number: S1 03CR01509-001
(DLC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-10
```



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ✓ ] The Defendant is ordered to surrender his U.S. Passport to the Eastern District of Virginia Probation Office

[ ] Other _____

_____
Signature of Judicial Officer

January 28, 2010
Date