## Ramachandran, Seetha (USANYS)

| | |
|---|---|
| **From:** | Elissa_Martins@vaep.uscourts.gov |
| **Sent:** | Thursday, February 04, 2010 3:33 PM |
| **To:** | N1TP@msn.com |
| **Subject:** | Restitution for January 2010 and Travel Restrictions |
| **Attachments:** | le prousalis thomas (deny all travel 1-25-10).pdf; le prousalis thomas (restitution ltr 2-10).pdf |

Mr. Prousalis,

Please see the attached letter regarding restitution payment for the month of January 2010, due by February 15, 2010, and past due restitution from December 2009 that was due by January 15, 2010.

Additionally, I have attached the letter regarding denial of all travel pending the violation hearing, that was previously sent to you on January 25, 2010.

Please contact me if you have any questions.  Thank you.


(See attached file: le prousalis thomas (deny all travel 1-25-10).pdf)(See attached file: le prousalis thomas (restitution ltr 2-10).pdf)

Elissa F. Martins
United States Probation Officer
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Phone: (703) 299-2309
Fax: (703) 299-2350

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**UNITED STATES PROBATION OFFICE**

MARY ANNE VOGEL
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square, Third Floor
Alexandria, VA 22314-5797
(703) 299 - 2300

December 31, 2009

REPLY TO:  Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300

Thomas Prousalis, Jr.
3314 Arundel Avenue
Alexandria, Virginia  22306

RE:   **INSTRUCTIONS FOR RESTITUTION PAYMENTS**

Dear Mr. Prousalis:

The Judgment and Commitment order states, "the defendant shall pay 20% of his gross monthly income up to $100,000; 40% of his gross monthly income above $100,000 and up to $1,000,000; and 50% of his gross monthly income above $1,000,000, towards the payment of restitution."

On November 6, 2009, Judge Cote related that all money coming in is available to make restitution payments. The interpretation of the probation office is that "all money" includes loans, cash advances, income from employment, etc.

Based on the bank account statement provided to the probation office by you, the undersigned has calculated the appropriate amount of restitution for the month of December 2009. Your incoming money for December 2009 was $3,850.00. Twenty percent of the money deposited into your account for December 2009 is $770.00. Therefore, you are instructed to make restitution payment in the amount of $770.00 by January 15, 2009. All payments should be by **certified check or money order** payable to "Clerk of the Court" with the court number (03 CR 1509 DLC) on all payments, and sent to: United States District Courthouse, Southern District of New York, 500 Pearl Street, Room 120, New York, New York  10007, Attention: Cashier.

If you have any questions, you may contact me at (703) 299-2309.

Sincerely,

Elissa F. Martins
U.S. Probation Officer

EFM/mbp

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
UNITED STATES PROBATION OFFICE

MARY ANNE VOGEL
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square, Third Floor
Alexandria, VA 22314-5797
(703) 299-2300

February 4, 2010

REPLY TO:  Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300

Thomas Prousalis, Jr.
3314 Arundel Avenue
Alexandria, Virginia  22306

RE:  **INSTRUCTIONS FOR RESTITUTION PAYMENTS**

Dear Mr. Prousalis:

The Judgment and Commitment order states, "the defendant shall pay 20% of his gross monthly income up to $100,000; 40% of his gross monthly income above $100,000 and up to $1,000,000; and 50% of his gross monthly income above $1,000,000, towards the payment of restitution."

Based on the bank account statement provided to the probation office by you, the undersigned has calculated the appropriate amount of restitution for the month of January 2010.  Your incoming money for January 2010 was $3,000.00. This does not include the four (4) returned checks. Twenty percent of the $3,000.00 deposited into your account for January 2010 is $600.00. Therefore, you are instructed to make restitution payment in the amount of $600.00 by February 15, 2010.  All payments should be by **certified check or money order** payable to "Clerk of the Court" with the court number (03 CR 1509 DLC) on all payments, and sent to: United States District Courthouse, Southern District of New York, 500 Pearl Street, Room 120, New York, New York  10007, Attention: Cashier.

Please note that as of today's date, a payment of $770.00 has not been received as previously instructed by January 15, 2010, for restitution assessed for the month of December 2009.  You are instructed to make a payment for restitution in the amount assessed by the probation office for both December 2009 and January 2010. If you have any questions, you may contact me at (703) 299-2309.

Sincerely,

*Elissa F. Martins*

Elissa F. Martins
U.S. Probation Officer

EFM/mbp