```
RUN ON 02/19/10                         FEDERAL COURT SYSTEMS                              PAGE: 1
                                    SOUTHERN DISTRICT OF NEW YORK
                                         CASE INQUIRY REPORT

CASE NO: 1:03-CR-1509-1       TITLE: USA VS THOMAS T PROUSALIS JR

  DEFENDANT #              ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE        ACCOUNT   PAYMENT TYPE
1 THOMAS T PROUSALIS JR          300.00          300.00          0.00          504100    ASSESSMENT
1 THOMAS T PROUSALIS JR            0.00            0.00          0.00          604700    RESTITUTION
1 THOMAS T PROUSALIS JR   12,800,000.00       24,014.72   12,775,985.28        6855XX    RESTITUTION
                          --------------     ----------   -------------
                          12,800,300.00       24,314.72   12,775,985.28

TRANSACTION  RECEIPT/    RECEIPT/    INCREASE/      TYPE OF    ACCOUNT    DEFENDANT      U.S.        COMMERCIAL   OTHER
             VOUCHER     VOUCHER     (DECREASE)     TRANS-     NUMBER     PAYEE/BANK     TREASURY    BANKS
             NUMBER      DATE        CASE BAL       ACTION                NUMBER

             901552775 01 08/15/05      250.00      AJ         504100        1                                    250.00
RECEIVED     901555878 01 09/15/05       50.00      MO         504100        1                                     50.00
RECEIVED     901555877 01 09/15/05      200.00      MO         6855XX        1              200.00
             901558467 01 10/24/05      250.00      AJ         6855XX        1              250.00
             901561890 01 11/15/05      250.00      AJ         6855XX        1              250.00
             901563974 01 12/09/05       59.12      AJ         6855XX        1               59.12
             901567556 01 01/20/06       45.00      AJ         604700        1               45.00
             901571449 01 02/24/06       45.00      AJ         6855XX        1               45.00
             901572961 01 03/09/06       45.00      AJ         6855XX        1               45.00
             901586481 01 07/24/06       45.00      AJ         6855XX        1               45.00
             901594961 01 10/23/06       45.00      AJ         6855XX        1               45.00
             901603864 01 01/26/07       45.00      AJ         6855XX        1               45.00
RECEIVED     161341301    05/01/07       45.00      MO         6855XX        1               45.00
             901621435 00 07/23/07       45.00      AJ         6855XX        1               45.00
             901630512 01 10/12/07       45.00      AJ         6855XX        1               45.00
             901639505 01 01/21/08       45.00      AJ         6855XX        1               45.00
RECEIVED     167211500    12/12/08      100.00      MO         6855XX        1              100.00
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RECEIVED | 167596700 | 01/26/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 167712601 | 02/09/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 168101800 | 03/13/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 168377800 | 04/13/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 168721200 | 05/08/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 169047900 | 06/11/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 169246501 | 07/09/09 | 0.00 | VD | 6855XX | 1 | 0.00 |
| RECEIVED | 169346501 | 07/09/09 | 200.00 | MO | 6855XX | 1 | 200.00 |
| RECEIVED | 169982301 | 09/11/09 | 200.00 | MO | 6855XX | 1 | 200.00 |
| RECEIVED | 170554600 | 11/05/09 | 200.00 | CK | 6855XX | 1 | 200.00 |
| RECEIVED | 170674701 | 11/17/09 | 100.00 | MO | 6855XX | 1 | 100.00 |
| RECEIVED | 8011866 7301 | 12/01/09 | -45.00 | TR | 604700 | 1 | -45.00 |
| RECEIVED | 8011866 7401 | 12/01/09 | 45.00 | TR | 6855XX | 1 | 45.00 |
| RECEIVED | 170881600 | 12/11/09 | 900.00 | MO | 6855XX | 1 | 900.00 |
| RECEIVED | 189030401 | 12/23/09 | 20,420.25 | MO | 6855XX | 1 | 20,420.25 |
| RECEIVED | 189049001 | 01/06/10 | 85.35 | MO | 6855XX | 2 | 85.35 |
| RECEIVED | 189515001 | 02/19/10 | 600.00 | MO | 6855XX | 1 | 600.00 |

\*\*\*\*\*\*\*\*\*\* CASE SUMMARY \*\*\*\*\*\*\*\*\*\*\*

TOTAL CASE BALANCE:                                  24,914.72

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                                    24,614.72

BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                     0.00          24,014.72
                                                     0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                      300.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800           AJ: ADJUSTMENT              BV: BANK VOUCHER       CH: CASH
BD: DIRECT BANK DEPOSIT         BT: BANK TRANSFER           CC: CREDIT CARD        CR: CASE REFUND
CK: CHECK                       CL: COLLATERAL              CN: CONVERSION         FF: FORFEITURE
CV: CASE VOUCHER                DW: DIRECT WITHDRAWL        DV: DEBIT VOUCHER      VD: VOID
I : INTEREST                    MO: MONEY ORDER             TR: TRANSFER