Thomas T. Prousalis, Jr.

February 12, 2010

*VIA E-MAIL AND U.S. MAIL*

Ms. Elissa F. Martins
U.S. Probation Office
401 Courthouse Square, Third Floor
Alexandria, Virginia  22314

Ms. Margaret Carroll
U.S. Probation Office
500 Pearl Street
New York, New York  10007

      Re: *Request for Reconsideration*

Dear Ms. Martins / Ms. Carroll:

      As you know, I have a previously scheduled business trip to Tirana that is to depart February 13, 2010, and return March 8, 2010.  At the same time, in a letter, dated February 4, 2010, you denied this trip.

      However, as you know, I received a summons to appear before the prosecutor's office in Tirana on February 20, 2010, in connection with a re-opened investigation in Tirana involving a 10-year old business matter.  Upon information, knowledge and belief, I have recently learned from informed sources in Tirana that you have been secretly cooperating with an American citizen in the American Embassy and the local secret police to investigate my private life and business in Tirana, and that you were directly instrumental in having plain clothes police locate me in my hotel and serve me with the summons.  I also have learned from my sources that you had knowledge of the investigation prior to January 12, 2010, and you intentionally did not inform me or request a response from me, regarding, at best, a frivolous claim from a discredited businessman which had been dismissed once before.  Thus, you were working against the private and business interests of an American citizen on foreign soil in a false claim against me.  As a consequence, you have subjected me to the personal jurisdiction of the federal court in Tirana, and, if I am prohibited from adhering to its process, a judgment *in abstentia* will be obtained against me, substantially affecting my private and business interests.

      Since you have been directly instrumental in the service of process on me, I request reconsideration that I be permitted to make my scheduled business trip so that I may honor the

summons, and conduct my scheduled business.  In view of the hearing in New York, scheduled on February 26, 2010, I will return on February 25, 2010.  I have also scheduled a meeting with my prospective attorney in Tirana on February 15, 2010, so that I may be properly represented in Tirana in connection with the summons.

Very truly yours,

/ s /

Thomas T. Prousalis, Jr.

TTP

cc:  Edward M. Kratt, Esquire
      Seetha Ramachandran, Esquire

**Ramachandran, Seetha (USANYS)**

| | |
|---|---|
| **From:** | Elissa_Martins@vaep.uscourts.gov |
| **Sent:** | Friday, February 12, 2010 1:58 PM |
| **To:** | N1TP LLC |
| **Cc:** | Edward M. Kratt, Esq.; Margaret Carroll |
| **Subject:** | Re: Travel Request, February 13, 2010, to February 25, 2010 |
| **Attachments:** | USPO, U.S. Probation Office, February 12, 2010.pdf |

Mr. Prousalis,

The U.S. Probation Offices for both the Eastern District of Virginia and the Southern
District of New York are denying your request to travel overseas from February 13, 2010
through February 25, 2010.  As stated in previous emails/letters from the probation office,
all travel is denied pending the violation hearing.  Thank you.

Elissa F. Martins
United States Probation Officer
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Phone: (703) 299-2309
Fax: (703) 299-2350


                    N1TP LLC
                    <n1tp@msn.com>
                                                                        To
                    02/12/2010 12:59         "Elissa F. Martins"
                    PM                       <elissa_martins@vaep.uscourts.gov>,
                                             Margaret Carroll
                                             <margaret_carroll@nysp.uscourts.gov
                                             >
                                                                        cc
                                             "Edward M. Kratt, Esq."
                                             <edkratt@aol.com>
                                                                   Subject
                                             Travel Request, February 13, 2010,
                                             to February 25, 2010




Ms. Martins / Ms. Carroll,
        Please see the letter attached.    TTP

N1TP@msn.com
BlackBerry  001.202.701.9016

(See attached file: USPO, U.S. Probation Office, February 12, 2010.pdf)

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF VIRGINIA
UNITED STATES PROBATION OFFICE

**MARY ANNE VOGEL**
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square, Third Floor
Alexandria, VA 22314-5797
(703) 299 - 2300

January 25, 2010

REPLY TO:  Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300

Thomas Prousalis, Jr.
3314 Arundel Avenue
Alexandria, Virginia  22306

RE:   <u>DENIAL OF TRAVEL REQUEST</u>

Dear Mr. Prousalis:

On December 28, 2009, the U.S. Probation Office for the Eastern District of Virginia received a request for overseas travel to Tirana, Albania for February 13, 2010 through March 8, 2010.  Due to pending violations scheduled to be heard in the Southern District of New York on February 26, 2010, this travel request, along with all other travel requests prior to the court hearing, will be denied.  If you have any questions, you may contact me at (703) 299-2309.

Sincerely,

Elissa F. Martins
U.S. Probation Officer

EFM/