


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

February 23, 2010

**BY HAND DELIVERY**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24
```

      Re:    United States v. Thomas T. Prousalis, Jr., S1 03 Cr. 1509 (DLC)

Dear Judge Cote:

      There is a hearing scheduled on February 26, 2010, at 12:00pm, on violations of supervised release filed against the defendant, Thomas Prousalis. The Government intends to call Probation Officer Elissa Martins as a witness and needs to collect and produce 3500 material to defense counsel in advance of the hearing, including Officer Martins' chronological notes maintained in the course of supervising Prousalis. The Probation Department advised me that it could not release these notes without an order from the Court. Accordingly, the Government respectfully requests that the Court order the Probation Department to release Officer Martins' chronological notes on Prousalis's supervision, so that I can review them and produce any 3500 material to defense counsel.

So ordered.
*/s/ Denise Cote*
Feb. 23, 2010

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

      By:    /s/ Seetha Ramachandran
            Seetha Ramachandran
            Assistant United States Attorney
            (212) 637-2546

cc:    Edward Kratt, Esq. (By email)
       Probation Officer Elissa Martins, EDVA (By email)
       Probation Officer Margaret Carroll, SDNY (By email)

COPIES SENT TO

| | |
|---|---|
| Seetha Ramachandran<br>Assistant United States Attorney<br>One Saint Andrew's Plaza<br>New York, NY 10007 | Edward M. Kratt<br>Attorney At Law<br>350 Broadway, Suite 1202<br>New York, NY 10013 |

U.S. Probation Department
Attn: Margaret A. Carroll