UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     S1 03 CR. 1509 (DLC)
                                          :
              -v-                         :           ORDER
                                          :
THOMAS T. PROUSALIS, JR.,                 :
                                          :
              Defendant.                  :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/3/10

     On March 3, 2010, the defendant admitted to violating

specifications one through four of his conditions of supervised

release.  For the reasons set forth on the record this day, it is

hereby

     ORDERED that the defendant is remanded to the custody of the

United States Marshal's Service.


Dated:     New York, New York
           March 3, 2010

                         _____
                              DENISE COTE
                         United States District Judge