UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

THOMAS T. PROUSALIS,

        Defendant.
-------------------------------------------------------X

Ind. # 03 Cr. 1509 (DLC)



## NOTICE OF APPEAL

Notice is hereby given that Thomas Prousalis, the Defendant in the above-referenced matter, through his attorney, Edward M. Kratt P.C., hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision, Order and Judgment of the United States District Court, Southern District of New York, by the Honorable Denise L. Cote, dated April 9, 2010.

Respectfully submitted,

*Edward M. Kratt*

Edward M. Kratt, P.C.
Attorney for Thomas T. Prousalis
350 Broadway, Ste. 1202
New York, New York 10013
212-941-1277

Dated: April 15, 2010

PREET BHARARA
United States Attorney, SDNY

