## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** UNITED STATES OF AMERICA v. THOMAS T. PROUSALIS, Defendant.

**DOCKET NUMBER:** 10-1491; Ind.# 03 Cr. 1509

**COUNSEL'S NAME:** EDWARD M. KRATT, P.C.

**COUNSEL'S ADDRESS:** 350 Broadway, Suite 1202
New York, N.Y. 10013

**COUNSEL'S PHONE:** 212-941-1277

FILED U.S. DC
MAY 0 4 2010
S.D. OF N.Y.

### QUESTIONNAIRE

[X] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[X] Post-trial proceedings: Violation of Supervised Release: 11/6/09; 12/10/09; 1/27/10; 2/26/10; 3/3/10; 4/9/10 and any earlier dates.
(Description & Dates)

I, EDWARD M. KRATT, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [X] CJA Form 24

_Edward Kratt_ (signature)   5/3/10
Counsel's Signature           Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature              Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

RECEIVED
MAY 0 4 2010
By

PREET BHARARA
United States Attorney, SDNY