Prousalis Jr., Thomas T.　　　　　　　　　　Docket No.: S1 03-CR-1509-1 (DLC)
　　　　　　　　　　　　　　　　　　　　　　　　　　P#42466/ GAF:jw

-4-

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ]   Travel Request Approved

[ ]   Travel Request Denied

[ ]   Transfer of Jurisdiction Approved

[ ]   Transfer of Jurisdiction Denied

[ ]   Other   Please obtain the reaction of the U.S. Attorney's Office
　　　　　　　for the SDNY to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2011

_____
Signature of Judicial Officer

2/11/11
_____
Date