# MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of January, two thousand and eleven.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MARCH 2, 2011
```

_____

United States of America,

Appellee,

v.

Thomas T. Prousalis,

Defendant - Appellant.

_____

**ORDER**
Docket Number: 10-1491

A notice of appeal was filed.. Appellant's brief and appendix, due 12/03/2010, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 19, 2011 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe, Clerk

Case: 10-4401   Document: 30   Page: 2   03/02/2011   2230582   1

Michelle Roker, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit