```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      03 CR. 1509 (DLC)
                                          :
          -v-                             :           ORDER
                                          :
THOMAS T. PROUSALIS, JR.,                 :
                                          :
               Defendant.                 :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On March 22 and 23, the Court received submissions from the defendant Prousalis. Having reviewed those submissions, it is hereby

    ORDERED that the requests for travel and a transfer of jurisdiction are denied, as also indicated by the March 21 endorsement.

Dated:    New York, New York
           March 24, 2011

                                    _____
                                        DENISE COTE
                              United States District Judge

COPIES SENT TO

Abigail Kurland
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

Edward M. Kratt
Attorney At Law
350 Broadway, Suite 1202
New York, NY 10013

Thomas T. Prousalis, Jr.
10501 S. Falconbridge Court
Richmond, VA 23233

U.S. Probation Department
Attn: Giavonnii A. Foderingham