THOMAS T. PROUSALIS, JR.

March 23, 2011





VIA U.S. MAIL AND E-MAIL

Hon. Denise L. Cote
U.S. District Court
   for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York   10007 – 1312

**MEMO ENDORSED**

Re: Request for Reconsideration
  *United States v. Thomas T. Prousalis, Jr.*, S1 03 Cr 1509 (DLC)

Dear Judge Cote:

On March 21, 2011, the Court *denied* my pending foreign travel request for business and family purposes. However, the Court ruled without the benefit of my Reply to the Government's Response to Pending Request to Travel Abroad, filed with the Court on March 22, 2011, and my Supplement to Reply to the Government's Response to Pending Request, filed with the Court on March 23, 2011. Edward M. Kratt, Esq. and I received the Government's response, filed with the Court on March 17, 2011, *via* Fedex on March 21, 2011, even though the Government has our e-mail addresses. We believe that the Government's delay in providing us with a timely response prejudiced the Court's ability to consider all of the facts in this matter, as outlined in my reply and supplement, and we respectfully ask the Court to reconsider its decision.

Also, enclosed is a copy of my amended Travel Request Form filed this date with Senior U.S. Probation Officer Charles E. Moore by way of this letter. Briefly, the travel request pertains to travel to Struga, Macedonia, over the Easter holiday in order for my father to join me in meeting my fiancée-to-be and her family, including her aunts and uncles, and her grandparents, which is an important Eastern Orthodox custom prior to an engagement, and to celebrate Easter together. This is strictly a family matter and no business will be conducted during the visit. Mr. Moore will be able to have 24/7 contact with me (and my father) *via* telephone, SMS and e-mail during the visit. This Easter visit has been in the planning stages for a year, and it is very important to us and our families.

Thank you for your reconsideration.

*The amended request for foreign travel is denied.*

*Denise Cote*
*April 6, 2011*

Sincerely,

Thomas T. Prousalis, Jr.

TTP

cc: Abigail S. Kurland, Esquire
 Assistant U.S. Attorney
 One St. Andrews Plaza
 New York, New York  10007
 abigail.kurland@usdoj.gov
 (212) 637-2396

 Edward M. Kratt, Esquire
 350 Broadway, Suite 1202
 New York, New York  10013
 edkratt@aol.com
 (212) 941-1277

 Mr. Charles E. Moore
 Senior U.S. Probation Officer
 701 East Broad Street
 Richmond, Virginia  23219
 charles_moore@vaep.uscourts.gov
 (804) 916-2543

 Thomas T. Prousalis, Sr.
 10501 S. Falconbridge Court
 Richmond, Virginia  23233
 TTPSr@comcast.net
 (804) 740-1188

2

# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF VIRGINIA

### TRAVEL REQUEST FORM (AMENDED)

*Senior U.S. Probation Officer Charles E. Moore*

**Name:** Thomas T. Prousalis, Jr.

**Address:** 10501 S. Falconbridge Court, Richmond, Virginia 23233

**Phone Number, SMS and e-Mail:** (202) 701-9016 / N1TP@msn.com

**Destination:** IAD – SKP – IAD

**Departure and Return Date:** April 19 – May 4, 2011

**Purpose of Trip:** Family

**Persons Traveling With:** Thomas T. Prousalis, Sr. (Father)

**Cost of Trip:** Complimentary (UA)

**Source of Funds:** n/a

**Accommodations:**

**Name:** Hotel Inex Drim (Struga, Macedonia)

**Mode of Transportation:**

**Vehicle:** Taxis

**Make and Model:** n/a

**Name of Airline:** United Airlines / Austrian Airlines

**Itinerary:**

IAD–ZRH–IAD   (04.19.11  UA936  1750 – 0805 / 05.04.11  UA937  1155 – 1508)

ZRH–SKP–ZRH   (04.20.11  OS568/779  0750 – 1135 / 05.04.11  OS776/561  0430 – 0845)

**Other Mode of Transportation:** Taxis

COPIES SENT TO

| | |
|---|---|
| Abigail Kurland<br>Assistant United States Attorney<br>One Saint Andrew's Plaza<br>New York, NY 10007 | Edward M. Kratt<br>Attorney At Law<br>350 Broadway, Suite 1202<br>New York, NY 10013 |
| Thomas T. Prousalis, Jr.<br>10501 S. Falconbridge Court<br>Richmond, VA 23233 | U.S. Probation Department<br>Attn: Giavonnii A. Foderingham |