# MANDATE

S.D.N.Y.–N.Y.C.
03-cr-1509
Cote, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of July, two thousand eleven,

Present:
    John M. Walker, Jr.,
    Barrington D. Parker,
    Denny Chin,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 13, 2011

In re Thomas T. Prousalis,                        11-1382-op

    *Petitioner.*

Petitioner, *pro se*, has filed a petition for a writ of mandamus to compel: (1) the district court to permit him to travel abroad on a recurrent basis for business and personal purposes during his period of supervised release, provided that he submits a completed Travel Request Form to his probation officer within ten days of any proposed departure and receives consent thereof; (2) the district court to transfer jurisdiction over his criminal case to the United States District Court for the Eastern District of Virginia; and (3) the United States Probation Office for the Eastern District of Virginia to return his passport to him. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED.

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-GK

MANDATE ISSUED ON 09/13/2011