42466/EF:klh

Thomas T. Prousalis, Jr.
S1 03-CR-1509-01(DLC)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]  Allow Probation To Expire As Scheduled on March 1, 2013.

[ ]  Other

_____
_____
_____

_____
Signature of Judicial Officer

2/8/13
_____
Date