RECEIVED
SDNY PRO SE OFFICE

2016 OCT -6  AM 9: 09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 3 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS T. PROUSALIS, JR.,

    Petitioner,

v.

UNITED STATES,

    Respondent.

16cv3349
03cr01509

## NOTICE OF APPEAL

Notice is hereby given that Thomas T. Prousalis, Jr., the petitioner, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order entered in this case on September 19, 2016.

Signed on September 27, 2016

Respectfully submitted,

Thomas T. Prousalis, Jr.
10501 S. Falconbridge Court
Richmond, Virginia  23238
(202) 701-9016
N1TP@msn.com

