UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>          *Plaintiff*,<br><br>     *v.*<br><br>THOMAS T. PROUSALIS, JR.,<br><br>       *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>03-cr-1509 (DLC) |

## VERIFIED MOTION FOR ENTRY OF DEFAULT BY CLERK OF THE COURT

The defendant, Thomas T. Prousalis, Jr., appearing *pro se*, hereby files this Verified Motion for Entry of Default by Clerk of the Court.

Respectfully submitted,

June __15__, 2018

Thomas T. Prousalis, Jr.
*Pro Se*
10501 S. Falconbridge Court
Richmond, Virginia 23238
(202) 701-9016
N1TP@msn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| _Plaintiff,_ | ) | |
| | ) | |
| v. | ) | 03-cr-1509 (DLC) |
| | ) | |
| THOMAS T. PROUSALIS, JR., | ) | |
| | ) | |
| _Defendant._ | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF
## VERIFIED MOTION FOR ENTRY OF DEFAULT BY CLERK OF THE COURT

The defendant, Thomas T. Prousalis, Jr., appearing _pro se_, hereby files this memorandum

of law in support of his Verified Motion for Entry of Default by Clerk of the Court.

### ARGUMENT

MR. PROUSALIS IS ENTITLED TO AN ENTRY OF DEFAULT BY THE CLERK OF
THE COURT AGAINST THE PLAINTIFF IN THIS CASE.

On February 1, 2018, Mr. Prousalis filed a Motion to Vacate Judgment (hereinafter

"Motion") with the Court, which was entered in Case No. 03-cr-1509. As part of the Motion, Mr.

Prousalis included a Certificate of Service, signed by him, which stated, as follows:

2

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I mailed the foregoing original and two copies of the motion to vacate judgment of conviction, and an accompanying memorandum of law, to the Clerk of the Court, United States District Court for the Southern District of New York, and a copy of same to the following person, by United States Mail, first-class postage-prepaid:

> Hon. Joon H. Kim
> Acting United States Attorney
> United States Attorney's Office
> 1 St. Andrew's Plaza
> New York, New York 10007

In further support of the Motion, Mr. Prousalis also filed a Verified Statement with the Court on February 7, 2018.

As of the date hereof, the plaintiff has failed to respond to Mr. Prousalis's Motion. Local Criminal Rule 49.1(b) provides that "[a]ny opposing papers shall be filed and served *within fourteen (14) days* after service of process." Also, Rule 49(a), Fed. R. Crim. P., provides that "[s]ervice [of pleadings and papers] must be made in the manner provided for a civil action." Correspondingly, Rule 55, Fed. R. Civ. P., applies specifically to circumstances where a party has failed to answer a pleading. Subsection (a) provides, "[w]here a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). As the Second Circuit has explained, "Rule 55 tracks the ancient common law axiom that a default is an admission of all well-pleaded allegations against the defaulting party." *D. H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 107 (2d Cir. 2006).

Rule 55(a) mandates the entry of default so that "the adversary process [will not be] halted because of an unresponsive party." *H. F. Livermore Corp. v. Aktiengesellschatt Gebruder Loepfe*,

3

432 F.2d 689, 691 (D.C. Cir. 1970) (*per curiam*). Thus, Rule 55(a) protects the diligent party. *Id.* at 692. *See also* 5C Wright & Miller, § 1367 at 214 (where the proper course for the party in a case in which an opposing party fails to respond is to move for a default judgment under Rule 55).

The record shows that the plaintiff received proper notice from Mr. Prousalis, and from the public record of this Court, to honor its sovereign duty. The plaintiff failed. "Attorneys [for the plaintiff] who practice in federal court are responsible for knowing the rules governing the practice." *Perez v. Wells Fargo Bank, N.A.*, No. 13-13853 (11th Cir. 2014).

The party against whom a notation of default is sought (1) is not an infant, in the military or an incompetent person; (2) the party has failed to plead or, otherwise, defend the action; and (3) the pleading to which no response has been made was properly served. *See* Local Civil Rule 55.1.

## CONCLUSION

Therefore, in view of the plaintiff's failure to respond to Mr. Prousalis's Motion to Vacate Judgment, an entry of default by the Clerk of the Court against the plaintiff is warranted.

## VERIFICATION

I hereby declare under penalty of perjury that this Verified Motion for Entry of Default by Clerk of the Court is true and correct, pursuant to 28 U.S.C. § 1746, to the best of my information, knowledge, and belief.

Respectfully submitted,

June _15_, 2018

Thomas T. Prousalis, Jr.
*Pro Se*
10501 S. Falconbridge Court
Richmond, Virginia 23238
(202) 701-9016
N1TP@msn.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on June $\underline{15}$, 2018, I mailed the foregoing original and two copies of the Verified Motion for Entry of Default by Clerk of the Court, and an accompanying Memorandum of Law, to the Clerk of the Court, United States District Court for the Southern District of New York, and a copy of same to the following person, by United States Mail, first-class postage-prepaid:

> Hon. Geoffrey S. Berman
> United States Attorney
> United States Attorney's Office
> 1 St. Andrew's Plaza
> New York, New York 10007

> Thomas T. Prousalis, Jr.

5





2018 JUN 20 AM 8:49

RECEIVED

JUN 8 2018

CLERK'S OFFICE
S.D.N.Y.



Expected Delivery Day: 06/18/2018

USPS TRACKING NUMBER

9505 5161 5381 8166 1103 54

Clerk's Office
US District Court
500 Pearl Street
New York, New York
10007

Pro Se

T. PROUSALIS, JR
10301 S. Falcenbridge Ct
Richmond, VA 23238