UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
THOMAS T. PROUSALIS, JR.,            :      17cv8290(DLC)
                                     :      03cr1509(DLC)
                    Petitioner,      :
                                     :      ORDER
           -v-                       :
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                    Respondent.      :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

Upon consideration of petitioner's "Verified Motion for Entry of Default by Clerk of Court," it is hereby

ORDERED that respondent need not respond to the motion, the "Motion for Limited Access to Grand Jury Transcripts," or the petition for writ of error of coram nobis, unless the Court requests a response.

SO ORDERED:

Dated:   New York, New York
         July 12, 2018

                              _____
                                    DENISE COTE
                              United States District Judge

COPIES MAILED TO:

Thomas T. Prousalis, Jr.

10501 S. Falconbridge Court

Richmond, VA 23238