UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____
                              )
                              )
THOMAS T. PROUSALIS, JR.,     )
                              )
            Petitioner,       )
                              )         17cv8290
      v..                     )         18cv1050
                              )         03cr01509
UNITED STATES,                )
                              )
            Respondent.       )
                              )
_____)
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 0 2 2018

## NOTICE OF APPEAL

Notice is hereby given that Thomas T. Prousalis, Jr., the petitioner, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order filed in this case on July 19, 2018.

Respectfully submitted,

July 31, 2018

Thomas T. Prousalis, Jr.
10501 S. Falconbridge Court
Richmond, Virginia  23238
(202) 701-9016
N1TP@msn.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| THOMAS T. PROUSALIS, JR., | ) ) ) ) | |
| Petitioner, | ) ) | 17cv8290 |
| v.. | ) ) | 18cv1050 |
| UNITED STATES, | ) ) ) | 03cr01509 |
| Respondent. | ) ) ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## NOTICE OF APPEAL

Notice is hereby given that Thomas T. Prousalis, Jr., the petitioner, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order filed in this case on July 19, 2018.

Respectfully submitted,

July 31, 2018

_____
Thomas T. Prousalis, Jr.
10501 S. Falconbridge Court
Richmond, Virginia 23238
(202) 701-9016
N1TP@msn.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS T. PROUSALIS, JR., )<br>)<br>Petitioner, )<br>)<br>v.. )<br>)<br>~~UNITED STATES~~, )<br>)<br>Respondent. )<br>) | 17cv8290<br>18cv1050<br>03cr01509 |

## NOTICE OF APPEAL

Notice is hereby given that Thomas T. Prousalis, Jr., the petitioner, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order filed in this case on July 19, 2018.

Respectfully submitted,

July 31, 2018

Thomas T. Prousalis, Jr.
10501 S. Falconbridge Court
Richmond, Virginia  23238
(202) 701-9016
N1TP@msn.com

10501 S. Falconbridge Court
Richmond, Virginia 23238

Clerk's Office
U.S. District Court
500 Pearl Street
New York, New York 10007 - 1312

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

USMPS SDNY

Appeals
SM

U.S. POSTAGE PAID
ALEXANDRIA, VA
22304
AUG 01, 18
AMOUNT
**$24.70**
R2304E105939-23

1007 10007

# PRIORITY ★ MAIL EXPRESS

OUR FASTEST SERVICE

RECEIVED
2018 AUG -2 PM 3:00
CLERK'S OFFICE
S.D.N.Y.

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

10501 S. Falconbridge Ct.
Richmond, VA 23238

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

CLERK'S OFFICE
U.S. DISTRICT CT
500 PEARL STREET
NY, NY 10007-1312

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EL 758878119 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 22304 | Scheduled Delivery Date (MM/DD/YY): 8/2/18 | Postage: $ 24.70 | |
| Date Accepted (MM/DD/YY): 8/1/18 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ — | COD Fee: $ — |
| Time Accepted: 10:25 ☐ AM ☐ PM | 10:30 AM Delivery Fee: $ — | Return Receipt Fee: $ — | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ — | Total Postage & Fees: 24.70 | |
| Weight ☐ Flat Rate: 2 lbs. ozs. | Acceptance Employee Initials: SP | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 1-ORIGIN POST OFFICE COPY

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED

EMS

EP13F July 2013 OD:

PS10001000006

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE


