**MANDATE**

N.Y.S.D. Case #
03-cr-1509(DLC)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand and eighteen.

_____

United States of America,

        Appellee,

v.

Robert T. Kirk, Jr.,

        Defendant,

Thomas T. Prousalis, Jr.,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 18-2341

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 17, 2018

    Appellant, pro se, moves to withdraw this appeal as it was mistakenly filed in connection with an appeal of a related case.

    IT IS HEREBY ORDERED that the motion to withdraw is GRANTED.

                  For the Court:

                  Catherine O'Hagan Wolfe,
                  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/17/2018